IT IS ORDERED that the motions for leave and for admission pro hac vice are granted and that amicus curiae John Conyers, Jr., may file a memorandum in response to the motion for sanctions within 10 days of the date of this entry.

IT IS FURTHER ORDERED that the request for recusal is denied.

O'CONNOR, J., in Chambers.

## MISCELLANEOUS DISMISSALS

**2004–2142. State v. Patrick.**
Trumbull App. Nos. 2003–T–0166 and 2003–T–0167, 2004-Ohio-6688. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2005–0129. State v. Burke.**
Franklin App. No. 03AP–1241, 2004-Ohio-6519. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2004–2122. State ex rel. Bullen v. Preble Cty. Bd. of Commrs.**
In Mandamus.

**2005–0252. State ex rel. Musial v. North Olmstead.**
Cuyahoga App. No. 84201, 2005-Ohio-95.

**2005–0254. Veard Kettering Ltd. Partnership v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–R–1393 and 2002–R–1394.